# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ARS INTERNATIONAL, LLC

VERSUS

PATRICK WILLIAMS

NO. 2020 CW 0941

DECEMBER 7, 2020

---

In Re: Patrick Williams, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 45548.

---

BEFORE: HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.

**WRIT NOT CONSIDERED.** This writ application is untimely pursuant to Uniform Rules of Louisiana Courts of Appeal, Rules 4-2 and 4-3 and La. Code Civ. P. art. 1914. While Patrick Williams timely filed his notice of intention to apply for supervisory writs, he did not timely file his writ application. The return date order required Williams to file his writ application "according to law." Rule 4-3 provides that "[t]he return date in civil cases shall not exceed 30 days from the date of notice, as provided in La. C.C.P. art. 1914." Pursuant to La. Code Civ. P. art. 1914(A), the rendition of an interlocutory judgment in open court constitutes notice to all parties. Accordingly, it appears the thirty day time delay for seeking supervisory review began running on August 4, 2020, when the trial court rendered its ruling in open court and expired on September 3, 2020. This writ application was filed on October 5, 2020 and is untimely.

TMH
MRT
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT